897 A.2d 447

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Thomas Allen CRAWFORD, Jr., Respondent.**

**No. 1091 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 27, 2006.

*O R D E R*

PER CURIAM:

AND NOW, this 27th day of February, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 4, 2005, it is hereby

ORDERED that THOMAS ALLEN CRAWFORD, JR., be and he is SUSPENDED from the Bar of this Commonwealth for a period of three months and he shall make restitution as follows:

1. Respondent shall return all fees paid to him by the group of twenty-eight residents of the Borough of Donora, Pennsylvania, in connection with the civil action entitled *Amatangelo, et. al v. Borough of Donora, et. al.,* filed at Docket No. 98-CV –2143 in the United States District Court for the Western District of Pennsylvania.

2. Respondent owes each client involved in that action the following amount:

| | |
|---|---|
| Mr. & Mrs. Ronald Clement $596.62 | Jeannette Loreski $937.97 |
| Ms. Janie Mendarino $596.62 | Mr. Michael Karabin $597.00 |
| Mr. & Mrs. Richard Vedder $596.62 | Mr. & Mrs. Paul Debardinis $596.62 |
| Mrs. Ann Mongeluzzo (deceased) Mr. Richard Mongeluzzo $596.62 | Mr. & Mrs. Robert Fragello $238.62 |
| Mrs. Allen Vitale | Mr. & Mrs. Martin Clement |

118

$596.00           $596.62

Mr. Frank B. Amatangelo (deceased)    Mr. & Mrs. Del Suppo
Mrs. Amelia Amatangelo           $596.62
$238.62

Mr. George Karabin           Mr. & Mrs. James Johnston
$596.62           $596.62

Ms. Merry Polachek (deceased)           Mr. Richard Kopanic
Karen Harlack, Executrix           $596.62
$596.62

Mr. & Mrs. Duncan Russell           Mr. Alex Senko
$238.62           $596.62

Mrs. Mary Fioravanti           Ms. Dorothy Vayansky
$238.62           $596.62

Mr. & Mrs. Samuel Fragello           Mr. & Mrs. John Juback
$596.62           $596.62

Ms. Rosemary DeMarino           Ms. Zora Tubin
$596.62           $596.62

Mrs. & Mrs. Robert Clement           Ms. Florence Pawelec
$596.62           $596.62

Mr. & Mrs. Palmer Fragello
$596.62

3. Respondent shall return the advance payment of $4,500 in unearned fees and costs paid to him by Dr. Paul J. Harbosky.

It is further ORDERED that Respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Justice BALDWIN did not participate in this matter.